**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 14, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00482-CV

_____

### HA THI MANNING A/K/A ROSE MANNING, Appellant

### V.

### SOHAIL YOUSEF AND AMARENA SALON & DAY SPA, LLC D/B/A ARENA SALON & DAY SPA, Appellees

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-48551**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed May 30, 2014. On October 7, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.